# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY DEWANE BAILEY,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 79322

**FILED**

AUG 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to modify and/or correct an illegal sentence. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order denying the motion to modify and/or correct illegal sentence on May 24, 2019. Appellant did not file the notice of appeal, however, until July 30, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

                    _Pickering_, J.
                    Pickering

_____, J.                    _____, J.
Parraguirre                    Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-36475

cc: Hon. Eric Johnson, District Judge
Anthony Dewane Bailey
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A